

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-22-00401-CV

———————————————————

IN RE BOBBI JO CRAIN AND CASCADE SERVICES, LLC, Relators

Original Proceeding
141st District Court of Tarrant County, Texas
Trial Court No. 141-335147-22

Before Wallach, Kerr, and Bassel, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relators' petition for writ of mandamus, real party in interest's response, and relators' reply and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus is denied.

Per Curiam

Delivered:  December 1, 2022